NO. 07-10-0067-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 10, 2010

_____

RICHARD KRAWECKI, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 53,586-D; HONORABLE DON EMERSON, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

Pending before this Court is Richard Krawecki's *Motion to Dismiss Appeal* in which he moves to withdraw his notice of appeal. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant's attorney; however, it is not signed by Appellant. Notwithstanding the lack of Appellant's signature, the motion is accompanied by a letter from Appellant to his counsel bearing his signature expressing his desire to withdraw his appeal. Based on Appellant's clear

intention, we apply Rule 2 of the Texas Rules of Appellate Procedure and suspend that portion of Rule 42.2(a) requiring Appellant's signature on the Motion to Dismiss. No decision of this Court having been delivered, the motion is granted and the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Patrick A. Pirtle
Justice

Do not publish.